IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| MARVIN DEE GOODMAN, | |
| Plaintiff, | CIVIL ACTION NO.: 6:23-cv-54 |
| v. | |
| RANDY TILLMAN, JAMES CLIFTON, and LAKESHIA HUGHES, | |
| Defendants. | |

### ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant Defendants' Motion to Dismiss and dismiss without prejudice Plaintiff's cause of action. Doc. 21. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT** Defendants' Motion to Dismiss, **DISMISS without prejudice** Plaintiff's Complaint based on his failure to exhaust his administrative remedies, and **DISMISS as moot** Plaintiff's claims for injunctive relief. I **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Plaintiff leave to

file *in forma pauperis*.

**SO ORDERED**, this \_\_9th\_\_ day of September, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA